IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CRIMINAL ACTION 1:21-00079-KD-B-3 |
| | ) |
| RANDALE DEMORRIS HINTON, | ) |
|    Defendant. | ) |

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 349) and without any objection having been filed by the parties, the Defendant's plea of guilty to COUNT TWO of the Indictment is now accepted, and the Defendant is adjudged guilty of such offense.

The sentencing hearing is scheduled for **December 3, 2021** at **11:00 a.m.,** in Courtroom 4B of the United States Courthouse, 155 Saint Joseph St., Mobile, Alabama, 36602.

**DONE** and **ORDERED** this the **13th** day of **October 2021.**

                                          /s/ Kristi K. DuBose
                                          **KRISTI K. DuBOSE**
                                          **UNITED STATES DISTRICT JUDGE**